LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 W. Century Boulevard, Suite 500
Los Angeles, CA 90045

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET REED, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF ORANGE; AND DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.  SA CV 05-1103 CJC (ANx)<br><br>**[PROPOSED] JUDGMENT AGAINST ALL PLAINTIFFS EXCEPT MARGARET REED**<br><br>[Fed. R. Civ. Proc. Rules 56, 58] |

　　　This action came on for hearing before the Court on May 10, 2010, the Honorable Cormac J. Carney, District Court Judge Presiding, on a Motion for Reconsideration of its order denying Defendant County of Orange's summary judgment motion, and the evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered.

IT IS ORDERED AND ADJUDGED as follows:

(1) That all Plaintiffs except for Margaret Reed take nothing;

(2) That the Court has determined that there is no just reason for delaying the entry of judgment and that judgment is entered in favor of Defendant County of Orange as to all Plaintiffs except for Margaret Reed;

(3) That the action on behalf of all Plaintiffs except for Margaret Reed be dismissed on the merits with prejudice; and

(4) That Defendant County of Orange recover their costs.

Dated: June 18, 2010  _____

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT COURT JUDGE