Greg K. Hafif (SBN 149515)
E-mail: ghafif@haff.com
Fenja Klaus (SBN 224498)
E-Mail: fklaus@hafif.com
**LAW OFFICES OF HERBERT HAFIF, APC**
269 W. Bonita Avenue
Claremont, California 91711-4784
Telephone:  (909) 624-1671
Facsimile:  (909) 625-7772

Attorneys for Plaintiff MARGARET REED,
individually and on behalf of others
similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MARGARET REED, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ORANGE, et al.,<br><br>Defendants. | Case No.: SACV 05-1103 CJC (ANx)<br><br>**STIPULATION TO ENTER FINAL APPROVAL OF SETTLEMENT**<br><br>New Date: January 24, 2012<br>Time: 3:30 p.m.<br>Ctrm: 9B |

The parties, by and through their counsel of record, below, do hereby submit this Stipulation granting final approval of the settlement based upon Plaintiff's Motion for Final Approval of the Settlement (Dkt. No. 1385) filed on May 14, 2012 and heard on June 4, 2012.

WHEREAS, the Parties have agreed that the Court may enter the Order Granting Motion for Final Approval of Settlement heard before the Honorable

Cormac J. Carney in the lawsuit entitled *Margaret Reed v. County of Orange*, Case No. SACV 05-1103 CJC (ANx) ("Reed") on June 4, 2012.

  SO STIPULATED.

Dated: June 8, 2012

Respectfully submitted,

LAW OFFICES OF HERBERT HAFIF

By: ___/s/ Greg K. Hafif___
  Greg K. Hafif, Esq.
Attorneys for Plaintiff MARGARET REED individually and on behalf of all others similary situated

Dated: June 8, 2012

LIEBERT CASSIDY WHITMORE

By: _____
  Elizabeth T. Arce, Esq.
Counsel for Defendant COUNTY OF ORANGE