Greg K. Hafif. Esq. (SBN 149515)
E-mail: ghafif@hafif.com
Fenja Klaus, Esq. (SBN 224498)
E-mail: fklaus@hafif.com
**LAW OFFICES OF HERBERT HAFIF, APC**
269 West Bonita Avenue
Claremont, California   91711-4784
Telephone:  (909) 624-1671
Facsimile:  (909) 625-7772

Attorneys for PLAINTIFFS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET REED, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ORANGE and DOES 1 through 10,<br><br>Defendants.<br>Defendants. | Case No. SA CV 05-1103 CJC (ANx)<br>Assigned for all purposes to:<br> Honorable Cormac J. Carney, Crtrm 9B<br><br>**JUDGMENT**<br><br>Date:   June 4, 2012<br>Time:   3:30 p.m.<br>Courtroom:   9B |

     This action came on for hearing before the Court on June 4, 2012, before the Honorable Cormac Carney, United States District Court Judge presiding, for Final Approval of Settlement and Allocation of Attorney's Fees and Costs. Having read all the pleadings and evidence submitted, including all objections thereto and all the evidence being fully considered, the issues having been duly heard, and a decision having been duly rendered;

/ / /

/ / /

/ / /

**IT IS ORDERED AND ADJUDGED** as follows:

1. The Court grants the Motion for Final Approval of the action.

2. Defendant, County of Orange, is to adhere to and implement the settlement agreement approved by this Court pursuant to its specific terms and conditions.

3. All named Plaintiffs that have timely opted-out of the settlement pursuant to the Court approved Notice shall have sixty (60) days from the effective date of the Final Approval Order entered on June 11, 2012 to file an individual action to preserve and substantiate any statute of limitation that he or she may have.

4. The Court approves and awards, and orders Defendant County of Orange to pay class counsel attorney's fees and costs in the total amount of $400,000, to be paid and divided amongst class counsel Law Offices of Herbert Hafif, Law Offices of Fenja Klaus, Jackson DeMarco Tidus & Peckenpaugh, and The Petersen Law Firm, as stated within the separately filed and entered Order of the Court as to allocation of attorney's fees and costs.

5. That the action be dismissed with prejudice as to all opt-in Plaintiffs.

Dated: _June 25, 2012

_____
Honorable Cormac J. Carney
United States District Judge