**FILED**

UNITED STATES COURT OF APPEALS

SEP 18 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARGARET REED, individually and on behalf of all others similarly situated,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>COUNTY OF ORANGE,<br><br>Defendant - Appellee. | No. 10-56130<br><br>D.C. No. 8:05-cv-01103-CJC-AN<br>Central District of California,<br>Santa Ana<br><br>ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 1 8 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

The court is in receipt of appellant's request for voluntary dismissal.

Appellant's request to voluntarily dismiss this appeal is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT

By: Lisa Jaye
Circuit Mediator

LJ/Mediation_9-17-12